

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NR
F. #2020R0338

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 15, 2020

<u>By Email and ECF</u>

Jean D. Barrett, Esq.
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

Jeremy Gutman, Esq.
40 Fulton Street, 23rd Floor
New York, New York 10038

    Re: <u>United States v. Kent Bulloch and William Young, Sr.</u>
       <u>Criminal Docket No. 20-181(PK)</u>

Dear Ms. Barrett and Mr. Gutman:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

I.  <u>The Government's Discovery</u>

  A.  <u>Documents and Tangible Objects</u>

  The government hereby provides the following materials:

- Draft transcripts of four telephone calls on or about April 21-23, 2020 between William Young, Sr., Kent Bulloch and an FBI agent acting in undercover capacity; and
- Body camera video taken in conjunction with Kent Bulloch's arrest.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/ Nathan Reilly
Nathan Reilly
Assistant U.S. Attorney
(718) 254-6196

Enclosures

cc:     Clerk of the Court (PK)) (by ECF) (without enclosures)