

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEL
F. #2020R00338

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2020

**By ECF and Federal Express**
Jeremy L. Gutman
40 Fulton Street
23rd Floor
New York, NY 10038

        Re:    United States v. Kent Bulloch
                 Criminal Docket No. 20- 181 (PK)

Dear Counsel:

        Enclosed please find the government Firewall Team's first production pursuant to Rule 502(d) of the Federal Rules of Evidence and in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The Firewall Team is in the process of conducting a review of the enclosed material for any potentially privileged material but is providing the entirety of the material to you prior to the completion of the review. Specifically, please find enclosed:

- Records obtained pursuant to a search warrant returns for the account kentbulloch@comcast.net, Bates numbered FILTER-0003;

- Records obtained pursuant to a search warrant for the account kentbulloch@gmail.com, Bates numbered FILTER-0004;

- A forensic copy of a iPhone 11 cellular telephone belonging to Bulloch, Bates numbered FILTER-0005; and,

Defense Counsel
November 12, 2020
Page 2

- A forensic copy of a model iPhoneXR cellular telephone belonging to Bulloch, Bates numbered FILTER-0006.

    Very truly yours,

    SETH D. DuCHARME
    Acting United States Attorney
    Eastern District of New York

By:     /s/
    Margaret Lee
    Assistant U.S. Attorney
    (718) 254-6205

cc:     Clerk of the Court (PK) (by ECF) (w/o enclosures)