UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

        - v -

KENT BULLOCH
-----------------------------------------------------------x

VERDICT SHEET

1:20-CR-181 (PK)

Please answer the following question.

      COUNT ONE (CONSPIRACY TO ACCUMULATE, FOR THE PURPOSE OF RESALE AT PRICES IN EXCESS OF PREVAILING MARKET PRICES, MATERIALS WHICH HAVE BEEN DESIGNATED BY THE PRESIDENT AS SCARCE MATERIALS OR MATERIALS THE SUPPLY OF WHICH WOULD BE THREATENED BY SUCH ACCUMULATION)

      How do you find the defendant Kent Bulloch?

      __✓__ GUILTY        _____ NOT GUILTY

Have your foreperson sign this form and return to the courtroom.

Dated: July 22, 2022

                                                      _[signature]_
                                                      JURY FOREPERSON

1

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 20CR181
DATE: 7/22/22