UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20 Cr. 181 (EK) |
| -against- | : | NOTICE OF APPEAL |
| KENT BULLOCH, | : | |
| Defendant. | : | |

--------------------------------------------------- -x

PLEASE TAKE NOTICE that defendant KENT BULLOCH hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered on November 1, 2024 (ECF Document 101) and from the Judgment entered on January 12, 2023 (ECF Document 85) that was affirmed by that Order.

   /s/_____
Jeremy Gutman
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 644-5200
*Attorney for Defendant*
*Kent Bulloch*