UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

KENT BULLOCH,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

SATISFACTION OF JUDGMENT

Docket No. CR-20-0181
(Komitee, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $1,025.00, that is, a fine in the amount of $1,000.00, and a special assessment in the amount of $25.00, on January 12, 2023, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on January 12, 2023; and

WHEREAS, said judgment has been fully paid as to the defendant KENT BULLOCH;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant KENT BULLOCH.

Dated:    Brooklyn, New York
           February 26, 2025

                                        JOHN J. DURHAM
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East, 8th Fl.
                                        Brooklyn, New York 11201

                         By:      /s/
                                        DANIEL G. SAAVEDRA
                                        Assistant U.S. Attorney
                                        (718) 254-6360